# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JONATHAN SANDERS, | § | |
|    Plaintiffs, | § | Case no. 10-cv-1184-F |
| | § | |
| v. | § | |
| | § | |
| PROCOLLECT, INC. AND DOES 1-10, INCLUSIVE, | § | |
| | § | |
|    Defendant. | § | |

## SCHEDULING ORDER

Having reviewed the Parties' Proposed Scheduling Order, filed on February 10, 2011, the Court ORDERS that the parties adhere to the following dates and deadlines:

| PRETRIAL EVENTS | DEADLINE |
|---|---|
| Rule 26(a)(1) initial disclosures | March 1, 2011 |
| Add additional parties | March 31, 2011 |
| Amend pleadings | March 31, 2011 |
| File motions to dismiss | April 15, 2011 |
| Plaintiff to designate expert witnesses & reports | June 1, 2011 |
| Defendant to designate expert witnesses & reports | July 1, 2011 |
| Complete Discovery | August 31, 2011 |
| Complete ADR | September 15, 2011 |
| File dispositive motions | November 4, 2011 |
| File joint pretrial order motions in limine & joint proposed jury instructions (or proposed findings of fact & conclusions of law) | January 23, 2012 |

**Trial is set for Monday, February 6, 2012 at 9:00a.m.**

It is so Ordered.

SIGNED this 11th day of February, 2011.

_____
Royal Furgeson
Senior United States District Judge