UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 3 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy 9:53 A.M.

| | | |
|---|---|---|
| JONATHAN SANDERS, | § | |
| Plaintiff, | § | Case no. 3:10-cv-01184-F |
| | § | |
| v. | § | |
| | § | |
| PROCOLLECT, INC., | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

## ORDER DENYING AS MOOT
## PLAINTIFF'S MOTION TO DISMISS

BEFORE THE COURT is Plaintiff Jonathan Sanders's Rule 12(b) Motion to

Dismiss Defendant's Counterclaim, filed April 27, 2011 (Docket No. 13). However, the

parties filed a Joint Notice of Settlement on May 20, 2011 (Docket No. 16) informing the

Court that the parties have reached a settlement.   Therefore, the Court need not address

the instant Motion to Dismiss, which is accordingly DENIED AS MOOT.[1]

IT IS SO ORDERED.

SIGNED this 23rd day of May, 2011.

Royal Furgeson
Senior United States District Judge

_____

[1]This resolves Docket No. 13.